The People of the State of New York, Respondent,
against
Akmel Bruno, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Steven M. Statsinger, J.), rendered July 16, 2014, convicting him, upon a plea of guilty, of menacing in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Steven M. Statsinger, J.), rendered July 16, 2014, affirmed.
The accusatory instrument was not jurisdictionally defective. Allegations that defendant "advance[d] toward [complainant] while swinging a knife at him" were sufficient to charge defendant with menacing in the second degree (see Penal Law § 120.14[1]). The manner in which the knife was used qualified it as a dangerous instrument, even though the knife was not described with particularity (see People v Carter, 53 NY2d 113 [1981]; Matter of Jonathan M., 4 AD3d 154 [2004]). The factual allegations also supported an inference that defendant intended to place complainant in reasonable fear of physical injury (see People v Bracey, 41 NY2d 296 [1977]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 21, 2018